BEFORE THE THIRD DIVISION, JULY 17, 1946

**No. 51247.**—Petition 6437–R of F. G. Jackson (Laredo).

Opinion by CLINE, J. At the trial the petitioner testified that when the entry was appraised, he was assessed the sum of $77.84; that he appealed to reappraisement but abandoned the same on the advice of the prosecuting attorney, with the understanding that he might file an application for a refund. The official papers indicated that petitioner's only error was in calculation, no undervaluation existing. It was found that the petitioner, in making the entry in this case, acted without intention to misrepresent the facts or to defraud the revenue of the United States or to deceive the appraiser as to the value of the goods. The petition was therefore granted.

BEFORE THE THIRD DIVISION, JULY 18, 1946

**No. 51248.**—Protest 83707–K of Jack Finkelstein (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consist of mushroom flour the same in all material respects as that the subject of *Martel Food Corp.* v. *United States* (15 Cust. Ct. 109, C. D. 954). In accordance therewith the claim at 35 percent under paragraph 775 was sustained.

**No. 51249.**—Protests 89852–K, etc., of Raphael H. Elmaleh Corp. et al. (New York).

Opinion by KEEFE, J. It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269. In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.

**No. 51250.**—Protests 92093–K, etc., of Italian Importing Corp. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.